UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALI ANTONIO PEREZ OROPEZA,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER,

Respondent.

Case No.: 3:25-cv-3775-CAB-MSB

**ORDER DENYING MOTION**

**[Doc. No. 3]**

Before the Court is a request from Ali Antonio Perez Oropeza to be assigned counsel, released from custody, and have his "body GPS systems" removed. [Doc. No. 3.] Mr. Oropeza is currently detained at Otay Mesa Detention Center by Immigration and Customs Enforcement. [*Id.*] The Court previously dismissed Mr. Oropeza's habeas petition for failure to name the warden of Otay Mesa Detention Center as a respondent. [Doc. No. 2.] Mr. Oropeza's current request is insufficient as he merely states the relief he is seeking with no legal argument or discussion. [Doc. No. 3.] The Court **DENIES** the request.

It is **SO ORDERED**.

Dated: January 20, 2026

Hon. Cathy Ann Bencivengo
United States District Judge