UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALI ANTONIO PEREZ OROPEZA,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.:  3:25-cv-3775-CAB-MSB

**ORDER DISMISSING HABEAS PETITION**

Before the Court is Petitioner Ali Antonio Perez Oropeza's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 5.] Petitioner is proceeding pro se, so the Court construes his petition liberally. *See Roy v. Lampert*, 465 F.3d 964, 970 (9th Cir. 2006).

A writ of habeas corpus challenges the legality of a petitioner's custody and seeks to secure release from that illegal custody. Under 28 U.S.C. § 2241, a district court may grant a writ of habeas corpus when the petitioner "is in custody in violation of the Constitution or laws or treaties of the United States." The petitioner bears the burden of demonstrating that he is in illegal custody. *See Martinez v. Noem*, No. 25-CV-2740-BJCBJW, 2025 WL 3171738, at *2 (S.D. Cal. Nov. 13, 2025).

Even construing his petition liberally, Petitioner fails to carry his burden to show he is in illegal custody. He writes only that he "was taken into custody in the hallway of the

1

courthouse[,]" that he had a "valid worker's permit and social security[,]" and that he has an "A# with [USCIS]." [Doc. No. 5 at 4–5.] Petitioner does not discuss how his detention is unlawful nor provide any basic details like when he entered the United States, where he is from, or any previous interactions with immigration authorities. Accordingly, the Court **DISMISSES** the petition.

It is **SO ORDERED**.

Dated: January 23, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-3775-CAB-MSB