UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ANTONIO PEREZ OROPEZA,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE,<br>Defendant. | Case No.: 3:25-cv-3775-CAB-MSB<br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br>**[Doc. No. 8]** |

On January 23, 2026, the Court dismissed Petitioner Ali Antonio Perez Oropeza's petition for a writ of habeas corpus due to his failure to demonstrate that he is in illegal custody. [Doc. No. 6 at 1.] Immediately after the dismissal, Petitioner's new filing was docketed, in which he requests "the assignment of a Lawyer, immediate release, and the removal of body GPS systems." [Doc. No. 8 at 1 (cleaned up).] There are no other details in his filing. It is insufficient to simply request release from custody without any legal argument or request appointment of counsel without any details about one's case, financial situation, or ability to represent oneself. *See Martinez v. Noem*, No. 25-CV-2740-BJC-BJW, 2025 WL 3171738, at *2 (S.D. Cal. Nov. 13, 2025) (holding that petitioner bears the burden of demonstrating that he is in illegal custody); *see Wood v. Housewright*, 900 F.2d 1332, 1335 (9th Cir. 1990) (holding that counsel should be appointed in civil cases only in "exceptional circumstances, based on such factors as the likelihood of success on the

merits" and plaintiff's ability "to articulate his claims in light of their complexity"). Accordingly, the Court **DENIES** Petitioner's requests.

The Court notes that even if Petitioner provided sufficient information for a motion to be appointed counsel, there is no operative petition given the Court previously dismissed his petition. Thus, the request for appointed counsel must be **DENIED as moot**. *See Sharrott v. Halawa Prison ADA Compliance Team*, No. CV 18-00486 JMS-RT, 2019 WL 191638, at *5 (D. Haw. Jan. 14, 2019) (denying motion for appointment of counsel where there was "no operative pleading before the court").

It is **SO ORDERED**.

Dated: February 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge